LEHIGH VALLEY R. CO. v. EMENS.

(Circuit Court of Appeals, Second Circuit. March 14, 1916.)

No. 201.

In Error to the District Court of the United States for the Northern District of New York.

Action by Edgar A. Emens, as executor of the last will and testament of Martha E. Emens, deceased, against the Lehigh Valley Railroad Company, Judgment for plaintiff, and defendant brings error. Affirmed.

Cobb, Cobb, McAllister & Feinberg, of Ithaca (Riley H. Heath, of Ithaca, or counsel), for plaintiff in error.

Hiscock, Doheny, Williams & Cowie, of Syracuse, for defendant in error.

Before COXE, WARD, and ROGERS, Circuit Judges.

ROGERS, Circuit Judge. This is a collision case, and the action is brought to recover for the death of the plaintiff's testatrix, occasioned by defendant's negligence. At the time the collision occurred the deceased was riding in an automobile. She was sitting on the back seat at the time of the accident in the company of her sister-in-law. The circumstances attending the collision appear in the cases of Lehigh Valley Railroad Co. v. Kilmer, 231 Fed. 628, —— C. C. A. ——, and Lehigh Valley Railroad Co. v. Emens, 231 Fed. 636, —— C. C. A. ——, recently decided in this court, and the principles therein announced govern this case.

Judgment affirmed.